IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02730-WYD-BNB

DAVID FRAZIER, and
JUSTIN D. CLAIBORNE,

Plaintiffs,

v.

ARAPAHOE COUNTY WEATHERIZATION DEPARTMENT, an agency of the State of
Colorado,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        IT IS ORDERED that the **Stipulated Motion for Protective Order** [docket no. 19, filed
April 27, 2009] and **Amended Stipulated Motion for Protective Order** [docket no. 21, filed
April 27, 2009], are GRANTED.


DATED:  April 28, 2009