IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02730-WYD-BNB

DAVID FRAZIER, and
JUSTIN D. CLAIBORNE,

Plaintiffs,

v.

ARAPAHOE COUNTY WEATHERIZATION DEPARTMENT, an agency of the State of Colorado,

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to Amend and Supplement Amended Complaint** [docket no. 34, filed June 23, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached proposed Second Amended and Supplemental Complaint and Jury Demand for filing.  Defendant has ten (10) days in which to file a responsive pleading.

IT IS FURTHER ORDERED that the captioned defendant on all future filings should read as follows: THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE.

DATED:  June 25, 2009