IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02730-WYD-BNB

DAVID FRAZIER; and
JUSTIN D. CLAIBORNE,

      Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      This matter is before the Court in connection with the Second Amended Complaint and Defendant's Partial Motion to Dismiss Plaintiff's Second Amended and Supplemental Complaint and Jury Demand filed July 6, 2009.  In light of the filing of these documents, the previous motion to dismiss filed by Defendant (Defendant's Partial Motion to Dismiss filed April 23, 2009, Doc. # 15) related to the (First) Amended Complaint is **DENIED AS MOOT**.

      Dated:  July 20, 2009