IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.   08-cv-02730-WYD-BNB             Date: October 26, 2009
Courtroom Deputy:    Ellen E. Miller              FTR - BNB COURTROOM  A-401

DAVID FRAZIER,                                    David Lichenstein
and JUSTIN D. CLAIBORNE,

       Plaintiff(s),

v.

THE BOARD OF COUNTY COMMISSIONERS                 David R.  DeMuro
OF THE COUNTY OF ARAPAHOE                         Lana L. Rupprecht

       Defendant(s).

## COURTROOM  MINUTES

**HEARING:   MOTIONS  HEARING**
Court in Session:     10:05 a.m.
Appearances of counsel.

Court's opening remarks.  The Court raises Plaintiffs' Motion for Order Compelling Discovery for argument.

Argument presented.

Discussion is held regarding Plaintiffs' Unopposed Motion for Modification of Scheduling Order to Stay Certain Proceedings and Defendant's Unopposed Motion for One Week Extension of Time to Designate Rebuttal Expert Witnesses.

**It is  ORDERED:**    Plaintiffs'   MOTION FOR ORDER COMPELLING  DISCOVERY
                      [Docket No.  44, Filed October 15, 2009]is  **Taken Under Advisement.**
                      The Court will issue its written order.

**It is  ORDERED:**    Plaintiffs'   UNOPPOSED   MOTION FOR MODIFICATION OF
                      SCHEDULING ORDER   TO   STAY CERTAIN PROCEEDINGS
                      [Docket No.  47, Filed October 19, 2009] is  ]is **Taken Under Advisement.**
                      The Court will issue its written order.

*08-cv-02730-WYD-BNB*
*Motions Hearing*
*October 26, 2009*

**It is ORDERED:**   Defendant's UNOPPOSED MOTION FOR ONE WEEK EXTENSION OF TIME TO DESIGNATE REBUTTAL EXPERT WITNESSES [Docket No 52, Filed October 26, 2009] is **Taken Under Advisement.** The Court will issue its written order.

Court in Recess   10:55 a.m.

Hearing concluded.
Total time in Court:   00:50

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.