IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02730-WYD-BNB

DAVID FRAZIER, and
JUSTIN D. CLAIBORNE,

Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Good cause having been shown:

IT IS ORDERED that **Defendant's Unopposed Motion for One Week Extension of Time to Designate Rebuttal Expert Witnesses** [Doc. # 52] is GRANTED.

IT IS FURTHER ORDERED that the **Stipulated Motion for Modification of Scheduling Order to Extend Discovery Cutoff for Limited Purposes** [Doc. # 55] (the "Stipulated Motion") is GRANTED. The discovery cut-off is extended to and including **March 12, 2010**, to allow the following discovery to be had:

(1)  The deposition of Valorie Waldon, if not already taken;

(2)  The depositions of Donald Klemme and Ann Harden and a Rule 30(b)(6) deposition as specified in the Stipulated Motion at ¶2; and

(3)  The deposition of Suzanne Kenneally and the production of documents commanded by the subpoena served on Dr. Kenneally.

DATED:  February 3, 2010