IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02730-WYD-BNB

DAVID FRAZIER, and
JUSTIN D. CLAIBORNE,

Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE,

Defendant.

_____

**ORDER**
_____

This matter arises on **Plaintiffs' Unopposed Motion for Modification of Scheduling Order to Stay Certain Proceedings** [Doc. # 47, filed 10/19/2009] (the "Motion"). In view of the date of filing of the Motion and subsequent events occurring in the case, I held a status conference on the Motion to morning. In summary and for the reasons stated at the status conference:

IT IS ORDERED that the Motion [Doc. # 47] is GRANTED as follows:

(1)  The deadline for the filing of dispositive motions is extended to **July 1, 2010**; and

(2)  The final pretrial conference set for March 29, 2010, at 8:30 a.m., is VACATED and RESET to **July 21, 2010, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The proposed final pretrial order shall be prepared by the parties and submitted to the court by **July 14, 2010**.

IT IS FURTHER ORDERED that **Arapahoe Defendant's Motion and Brief for Summary Judgment** [Doc. # 64, filed 2/1/2010] is DENIED without prejudice as withdrawn.

Dated February 8, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge