IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02730-WYD-BNB

DAVID FRAZIER, and
JUSTIN D. CLAIBORNE,

Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE

Defendant.

---

**MINUTE ORDER**

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the plaintiffs' **Unopposed Motion for Leave to File Third Supplemental Complaint** [Doc. # 77, filed 5/20/2010] is GRANTED. The Clerk of the Court is directed to accept for filing the Third Supplemental Complaint and Jury Demand [Doc. # 77-1].

DATED: May 20, 2010