IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02730-WYD-BNB

DAVID FRAZIER; and
JUSTIN D. CLAIBORNE,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice (filed July 23, 2010). After a careful review of the motion and file, it is

ORDERED that the Stipulated Motion for Dismissal with Prejudice (ECF No. 86) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney fees and costs.

    Dated: July 23, 2010

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge